**No. 09-8665. Loi N. Nghiem, Petitioner v. John Kerestes, District Attorney, County of Delaware, Pennsylvania, et al.**

560 U.S. 920, 130 S. Ct. 3316, 176 L. Ed. 2d 1214, 2010 U.S. LEXIS 4150.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1014, 130 S. Ct. 1899, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2669.

**No. 09-8797. Elmer Martin Sorrell, Petitioner v. United States.**

560 U.S. 920, 130 S. Ct. 3316, 176 L. Ed. 2d 1214, 2010 U.S. LEXIS 4119.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 986, 130 S. Ct. 1724, 176 L. Ed. 2d 204, 2010 U.S. LEXIS 1926.

**No. 09-8817. Terrance Lamont James, Petitioner v. North Carolina.**

560 U.S. 920, 130 S. Ct. 3317, 176 L. Ed. 2d 1214, 2010 U.S. LEXIS 4129.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1016, 130 S. Ct. 1906, 176 L. Ed. 2d 381, 2010 U.S. LEXIS 2694.

**No. 09-8835. Carlos Alejo, Petitioner v. A.J. Malfi, Warden.**

560 U.S. 920, 130 S. Ct. 3317, 176 L. Ed. 2d 1214, 2010 U.S. LEXIS 4144.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1016, 130 S. Ct. 1907, 176 L. Ed. 2d 382, 2010 U.S. LEXIS 2690.

**No. 09-8904. Wardell Moore, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 920, 130 S. Ct. 3317, 176 L. Ed. 2d 1214, 2010 U.S. LEXIS 4143.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1051, 130 S. Ct. 2346, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 2939.

**No. 09-9395. Rafael Gonzalez, Petitioner v. United States.**

560 U.S. 920, 130 S. Ct. 3317, 176 L. Ed. 2d 1214, 2010 U.S. LEXIS 4149.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1055, 130 S. Ct. 2358, 176 L. Ed. 2d 572, 2010 U.S. LEXIS 3046.